

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 31, 2019

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/01/19
```

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
New York, New York 10007

> Re: **United States v. Victor Rojas-Bascope, *et al.*,**
> **S7 19 Cr. 91 (DLC)**

Dear Judge Cote:

The above-referenced charging instrument—Indictment S7 19 Cr. 91 (DLC)—charging defendant Victor Rojas-Bascope was filed under seal on February 12, 2019. The defendant was subsequently arrested in the Southern District of Florida and has been facing charges on an unrelated case there. To facilitate his counsel's appearance in this matter, and his eventual presentment in this case following resolution of the charges in Florida, the Government respectfully requests that Indictment S7 19 Cr. 91 (DLC) be unsealed.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:     /s/
Amanda L. Houle
Matthew Hellman
Michael Krouse
Assistant United States Attorneys
(212) 637-2194

**SO ORDERED:**

_____
HONORABLE DENISE L. COTE
United States District Judge
Southern District of New York

11/1/19