INTERPRETER

# U.S. District Court
## Southern District of Florida (Miami)
### CRIMINAL DOCKET FOR CASE #: 1:19−mj−02665−AOR−1

| | |
|---|---|
| Case title: USA v. Rojas−Bascope | Date Filed: 04/30/2019 |
| | Date Terminated: 09/22/2020 |

Assigned to: Magistrate Judge Alicia M. Otazo−Reyes

**Defendant (1)**

**Victor Rojas−Bascope**
18114−104
*YOB 1970 SPANISH*
*TERMINATED: 09/22/2020*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 21:U.S.C.§960 DEFENDANT CONSPIRED TO MANUFACTURE, POSSESS WITH INTENT TO DISTRIBUTE, AND DISTRIBUTE FIVE KILOGRAMS AND MORE OF MIXTURES AND SUBSTANCES CONTAINING A DETECTABLE AMOUNT OF COCAINE AND 18:U.S.C.§1965 MONEY LAUNDERING OFFENSE AFFECTING INTERSTATE AND FOREIGN COMMERCE | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Noticing AUSA CR TP/SR**<br>Email: Usafls.transferprob@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/30/2019 | 1 | | Magistrate Removal of Indictment from SOUTHERN DISTRICT OF NEW YORK Case number in the other District S7–19–CR–11 as to Victor Rojas–Bascope (1). (at) (Entered: 04/30/2019) |
| 05/01/2019 | 2 | | ORDER UNSEALING CASE as to Victor Rojas–Bascope. Signed by Magistrate Judge Alicia M. Otazo–Reyes on 5/1/2019. *See attached document for full details.* (cg1) (Entered: 05/02/2019) |
| 08/26/2020 | 3 | | Minute Order for proceedings held before Magistrate Judge Alicia M. Otazo–Reyes: Status Conference re Initial Appearance as to Victor Rojas held on 8/26/2020. Deft consents to VTC. AUSA states that this case should not have been placed on calendar for IA. AUSA to speak to defense counsel Ana Davide about necessity of removal hearing. Spanish Interpreter present. (Digital 13:15:18) Signed by Magistrate Judge Alicia M. Otazo–Reyes on 8/26/2020. (dgj) (Entered: 08/27/2020) |
| 09/16/2020 | | | Set/Reset Hearings as to Victor Rojas–Bascope: Removal Hearing set for 9/18/2020 11:00 AM in Miami Division before MIA Duty Magistrate. (sl) (Entered: 09/16/2020) |
| 09/18/2020 | 4 | | Minute Order for proceedings held before Magistrate Judge Jacqueline Becerra: Defendant agrees to VTC. Counsel States deft., speaks ENGLISH.Status Conference in re:Removal defendant waives removal. Ordered Removed to the S/D New York as to Victor Rojas–Bascope held on 9/18/2020. (Digital JB–01–9/18/20–ZOOM) Signed by Magistrate Judge Jacqueline Becerra on 9/18/2020. (nf) (Entered: 09/22/2020) |
| 09/22/2020 | 5 | | COMMITMENT TO ANOTHER DISTRICT as to Victor Rojas–Bascope. Defendant committed to District of Southern District of New York.. Closing Case for Defendant. (Signed by Magistrate Judge Jacqueline Becerra on 9/18/2020). *(See attached document for full details).* (at) (Entered: 09/22/2020) |

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :
        - v. -                    :
VICTOR ROJAS-BASCOPE,             :
                                  :
            Defendant.            :
- - - - - - - - - - - - - - - - x
```

19-2665-AOR

**SEALED INDICTMENT**

S7 19 Cr. 11   unsealed 4/26/19

### COUNT ONE

The Grand Jury charges:

1. From at least in or about June 2017, up to and including the date of the filing of this Indictment, in Bolivia and elsewhere, and in an offense begun and committed out of the jurisdiction of any particular State or district, VICTOR ROJAS-BASCOPE, the defendant, who will be first brought to and arrested in the Southern District of New York, and others known and unknown, intentionally and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that VICTOR ROJAS-BASCOPE, the defendant, and others known and unknown, would and did manufacture, possess with intent to distribute, and distribute a controlled substance, intending, knowing, and having reasonable cause to believe that such

3

substance would be unlawfully imported into the United States and into waters within a distance of 12 miles of the coast of the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 959(a) and 960(a)(3).

3. The controlled substance that VICTOR ROJAS-BASCOPE, the defendant, conspired to manufacture, possess with intent to distribute, and distribute, was five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 960(b)(1)(B)(ii).

(Title 21, United States Code, Sections 812, 959(a), 959(d), 960(a)(3), and 963(b)(1)(B)(ii); Title 18, United States Code, Section 3238.)

### COUNT TWO

The Grand Jury further charges:

4. From at least in or about June 2017, up to and including the date of the filing of this Indictment, in Bolivia, the Southern District of New York, and elsewhere, and in an offense begun and committed out of the jurisdiction of any particular State or district, VICTOR ROJAS-BASCOPE, the defendant, who will be first brought to and arrested in the Southern District of New York, and others known and unknown, intentionally and knowingly combined, conspired, confederated, and agreed together and with each other to commit a money

2

laundering offense in violation of Title 18, United States Code, Section 1956.

5. It was a part and an object of the conspiracy that VICTOR ROJAS-BASCOPE, the defendant, and others known and unknown, in an offense involving and affecting interstate and foreign commerce, would and did transport, transmit, and transfer, and attempt to transport, transmit, and transfer a monetary instrument and funds from a place in the United States to and through a place outside the United States, and to a place in the United States from and through a place outside the United States, with the intent to promote the carrying on of specified unlawful activity -- to wit, (a) the conspiracy to manufacture, possess with intent to distribute, and distribute cocaine intending and knowing that such substance would be unlawfully imported into the United States, charged in Count One of this Indictment, and (b) offenses against a foreign nation involving the manufacture, importation, sale, and distribution of a controlled substance -- in violation of Title 18, United States Code, Section 1956(a)(2)(A).

(Title 18, United States Code, Sections 1956(h), 1956(i), and 3238.)

3

## FORFEITURE ALLEGATION AS TO COUNT ONE

6. As a result of committing the controlled substance offense alleged in Count One of this Indictment, VICTOR ROJAS-BASCOPE, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853 and 970, any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of said offense and any and all property used or intended to be used in any manner or part to commit or to facilitate the commission of said offense that the defendant personally obtained.

## FORFEITURE ALLEGATION AS TO COUNT TWO

7. As a result of committing the offense alleged in Count Two of this Indictment, VICTOR ROJAS-BASCOPE, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), any and all property, real and personal, involved in said offense, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in said offense.

4

Substitute Assets Provision

8. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third person;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Sections 853(p) and 970, to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 982;
Title 21, United States Code, Sections 853 and 970; and
Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

VICTOR ROJAS-BASCOPE,

Defendant.

SEALED INDICTMENT

S7 19 Cr.

(21 U.S.C. §§ 959, 960, and 963; and
18 U.S.C. §§ 1956 and 3238.)

GEOFFREY S. BERMAN
United States Attorney.

A TRUE BILL

Foreperson.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-2665-AOR

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| VICTOR ROJAS, | ) |
|   a/k/a Victor Rojas-Bascope, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## ORDER

On April 26, 2019, the Defendant VICTOR ROJAS a/k/a Victor Rojas-Bascope had his initial appearance on an Indictment captioned, United States of America v. Victor Rojas-Bascope, S7 19 Cr. 91 (Southern District of New York) that was returned in the Southern District of New York. The U.S. Attorney's Office for the Southern District of Florida made an *ore tenus* motion to unseal the Southern District of New York Indictment.

Having considered the Government's motion,

IT IS HEREBY ORDERED that the Indictment in United States of America v. Victor Rojas-Bascope, S7 19 Cr. 91 (Southern District of New York) is UNSEALED.

DONE AND ORDERED in Miami, Florida this 1st day of May, 2019.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc:    Timothy J. Abraham, AUSA

9

# MINUTE ORDER

FBC  Page 7

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor    Date: 8/26/20    Time: 1:30 p.m.

Defendant: VICTOR ROJAS-BASCOPE    J#: 18114-104    Case #: 19-2665-MJ-AOR
AUSA: Timothy Abraham    Attorney: (no atty in Court)
Violation: S/D/NY/WARR/INDICT/PWID CONTROLLED SUBSTANCE KNOWING IT WOULD IMPORT INTO U.S.    Surr/Arrest Date: 8/25/2020    YOB: 1970

Proceeding: Initial Appearance    CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond:
Bond Set at:    Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs
☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
☐ Random urine testing by Pretrial Services
   Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses, except through counsel
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☐ Other:

Language: Spanish

Disposition:
Amended J&C 8/20/2020 in 19-CR-20141-JLK

- AUSA to speak to Defense Counsel, Ana Davide about necessity of removal hearing. If Defense contests removal a removal hearing will be set next week.

- AUSA states deft initially appeared on this case 4/26/19 - referenc-ing an order entered in this case at D.E. 20

- AUSA states this case should not have been placed on the calendar for initial appearance.

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:
Report RE Counsel: -Deft consented
PTD/Bond Hearing: to Zoom appearance
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 13:15:18    Time in Court: 10 min
s/Alicia M. Otazo-Reyes    Magistrate Judge

# MINUTE ORDER

Page 13

## Magistrate Judge Jacqueline Becerra

King Building Courtroom 10-6       Date: 9/18/2020   Time: 11:00:00

Defendant: Victor Rojas-Bascope ✓   J#: 18114-104   Case #: 19-2665-MJ-OTAZO-REYES
AUSA: Stephen Demanovich   Attorney: Ana Davide
Violation: SDNY/WARR/Indict/PWID/Cont. Substance
Surr/Arrest Date:   YOB:

Proceeding: Removal   CJA Appt:
Bond/PTD Held: ☐ Yes ☐ No   Recommended Bond:
Bond Set at:   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish / English

Disposition:
- Counsel states he speaks English
- Deft consents to VTC
- Deft waives removal hearing
- Court orders deft removed to SDNY

Time from today to ___ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. Zoom-JB-01-9-18-2020   Time in Court: 13 mins

s/Jacqueline Becerra   Magistrate Judge

11

# United States District Court
## Southern District of Florida
Case No. 19-2665-MJ-OTAZO-REYES

UNITED STATES OF AMERICA,

    v.

                                     Charging District's Case No. S7-19-CR-11

Victor Rojas-Bascope,
(USM# 18114-104)
                                       /

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the Southern District of New York.

                Ana Davide Esq.                 was present to represent **Defendant for proceedings in this District.**

    The defendant remains in custody after the initial appearance in the Southern District of Florida. The defendant waived his right to a removal hearing, and stipulated to pretrial detention until such time as his detention hearing is held in the Southern District of New York.

    **IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

    **DONE AND ORDERED** at Miami, Florida on 9/18/2020.

                                                                           Jacqueline Becerra
                                                                        United States Magistrate Judge