```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :    S7 19cr0091-03
 UNITED STATES OF AMERICA           :        (DLC)
                                    :
           -v-                      :       ORDER
                                    :
 VICTOR ROJAS-BASCOPE,               :
                     Defendant.     :
                                    :
------------------------------------X
```

DENISE COTE, District Judge:

An Order dated November 1, 2019 unsealed Indictment S7 19cr0091.  On November 10, 2020, the Government informed the Court that the defendant arrived has arrived in this district from the Southern District of Florida and will be presented and arraigned before a Magistrate Judge.  The defendant is expected to consent to detention without prejudice to a future application for bail.  It is hereby

ORDERED that a telephone conference with the Government and counsel for defendant Rojas-Bascope will be held on **November 13, 2020** at **2 p.m.**  A trial date will be set at that time.

IT IS FURTHER ORDERED that this conference will proceed without the participation of the incarcerated defendant because of the limitations on the Court's ability to arrange for the participation of incarcerated defendants in remote proceedings during the pandemic.

IT IS FURTHER ORDERED that counsel shall order a copy of the transcript of the conference and promptly after its receipt either provide a copy of the transcript or read it to the defendant.

IT IS FURTHER ORDERED that the dial-in credentials for the **November 10** telephone conference are the following:

       Dial-in:      888-363-4749
       Access code:  4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:    New York, New York
          November 10, 2020

_____
DENISE COTE
United States District Judge