

ALEXEI SCHACHT  
ATTORNEY AT LAW  
123 WEST 94TH STREET  
NEW YORK, NEW YORK 10025  
TEL: (646) 729-8180  
FAX: (212) 504-8341  
alexei@schachtlaw.net  
www.schachtlaw.net  

August 28, 2021

**BY ECF**

The Honorable Denise L. Cote  
United States District Court  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

    **Re:**    United States v. Victor Hugo Rojas Bascope, S7 19 C r. 91-03 (DLC)

Dear Judge Cote:

    I respectfully write to request an adjournment of the sentencing hearing currently scheduled for September 23, 2021 at 3:00 p.m. in the above-captioned case.

    I ask that the Court adjourn the sentence hearing to a date 30 to 45 days from September 23, 2021. The bases for this request are that my sentence submission is due shortly and next week I am going to Scotland for a week to bring my youngest son to college. I much prefer to have additional time to prepare a well-reasoned sentence letter. My client pleaded guilty quickly and this is the only adjournment of sentence that I have sought.

    The Government consents to this application. Thank you for considering it.

```
The request for an adjournment
of sentencing is denied.  The
deadline for the defendant's
sentencing submission is
adjourned to September 16.
The Government's submission
shall be due September 21.
Dated: August 30, 2021
```

Respectfully submitted,

*/s/ Alexei Schacht*

Alexei Schacht

cc:    United States Attorney (by ECF)

_____  
DENISE COTE  
United States District Judge