UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
UNITED STATES OF AMERICA,              :
                                       :
                -v-                    :        19cr91-3 (DLC)
                                       :
VICTOR ROJAS-BASCOPE,                  :        ORDER
                                       :
                    Defendant.         :
                                       :
---------------------------------------X

DENISE COTE, District Judge:

        The defendant is scheduled to be sentenced in person in
Courtroom 18B, 500 Pearl Street, on **September 23, 2021** at **3:00
PM**.  In light of the ongoing COVID-19 pandemic, it is hereby

        ORDERED that all individuals seeking entry to 500 Pearl
Street must complete a questionnaire and have their temperature
taken before being allowed entry into the courthouse.  **To gain
entry to 500 Pearl Street, follow the instructions provided
here**:

        https://www.nysd.uscourts.gov/sites/default/files/2020-
        10/QR%20Sign%20-%20Public_Media_v.5.pdf

        IT IS FURTHER ORDERED that all individuals must practice
social distancing at all times in the courthouse.  Individuals
also must to wear a mask that covers their nose and mouth in the
courthouses.  Bandannas, gaiters and masks with valves are
prohibited.

IT IS FURTHER ORDERED that by **September 17, 2021,** defense counsel must advise the Court of how many spectators will attend the proceeding.  The parties must advise the Court by the same date how many individuals will be seated at counsel's tables. Special accommodations may need to be made if more than **ten** spectators are expected to attend, or more than **three** individuals are expected to be seated at each counsel's table.

IT IS FURTHER ORDERED that members of the press and family members who are not able to attend the in court proceeding may listen to it through a telephone link by calling **888-363-4749** and using access code **4324948.**

Dated:     New York, New York
           September 15, 2021

                              _____
                              DENISE COTE
                              United States District Judge

2