

# THE CHANGE WITHIN
# MS. REYES, MSW, CASE MANAGER
# FACILITATOR
# ESSEX COUNTY CORRECTIONAL FACILITY
# SOCIAL SERVICES DEPARTMENT

**What is The Change Within?**

Purpose:

"The Change Within" is an 8-week, 1 hour interactive psychoeducational group for the residence of Essex County Correctional Facility. The group treatment model based on the transtheoretical model of behavior change (TTM). TTM is based on research that found five characteristics common to all types of successful change in all types of circumstance. The five distinct "Stage of Change." Participants will engage in discussion on the Stage of Change, forgiveness, love, the need for change, loss and unwanted aloneness and loneliness. In addition the group will engage in activities.

**Program Topics:**

Week 1: The Stages of Change

Week 2: Why Change

Week 3: Ways to Communicate

Week 4: Forgiveness

Week 5: Loneliness vs. Aloneness

Week 6: Creating an Obituary

Week 7: Funeral Arrangements

Week 8: Program Review

Week 9: Graduation *(Note: Group Participants will be furnished with a certificate of completion during graduation.)*

## What is Criminal Thinking?

An Essex County Correctional Facility approved Cognitive Behavioral Therapy 10-week session group for the incarcerated population which will be essential to assist participants to identify criminal behavior.

## Program Goals:

- Increase basic principles and practice of the corrective thinking approach to the criminal thinking change process.
- Focus on common thinking errors.
- Focus on how actions have victimized others.
- Address, concentrate and work on personal issues and problems.

## Criminal Thinking Program Topics

Week 1: The Closed Channel

Week 2: Reflection of Self-Disgust

Week 3: Victim Position

Week 4: I Can't So I Won't

Week 5: The Solitary Confinement of Responsibility

Week 6: Ownership Attitude

Week 7: Fear Factor

Week 8: Unique and Superior

Week 9: The Power of Control

Week 10: Review of Group Sessions

Week 11: Graduation



# The Change Within - Policies, Rules and Procedures

While enrolled in The Change Within, all participants are asked to comply with the already existing rules of the Essex County Department of Corrections, as well as, the Program rules. In order to maintain a safe environment.

1. Be respectful to other participants, our college mentors, teachers and staff members.
2. Follow all the directions the first time they are given.
3. Stay in assigned area.
4. You are only allowed to leave assigned area with an ECCF Officer escort.
5. Keep hand, feet, inappropriate comments and object to yourself.
6. Use respectful language at all time.
7. Bring your class materials/supply and all assigned work to the classroom every day. You will not be allowed to return to your unit for work/books that you forgot.

**Program Discipline Policy**

As with any other zero-tolerance policy, there will be consequences for the following types of misconduct:

1. Failure to follow rules, policies and procedure of the The Change Within.
2. General misconduct, including loud of boisterous behavior that tends to disturb other participants, and includes running in the classroom, listening to electronic devices, minor defacement of property and pushing or shoving others.
3. A Participant's persistent refusal to follow the instructions of Program Staff, Program Administrators, or any program employee. This shall also include a Participant's refusal or failure to properly identify oneself on request.
4. Use of obscene, vulgar, profane, disrespectful, demeaning or threatening words and/or actions or gesture directed to or in the presence of any Paricipant or Program Employee.
5. Mutual physical confrontations between participant (fighting).
6. Posssesion and/or use of any tobacco or drug related items or "look a like" items – this may include cigarettes, chewing tobacco and other tobacco-related products: lighters, alcoholic substances, drug-consumption devices and any substance suspected of being a "drug".
7. A behavior that may result in physical or mental abuse to one's self.
8. Committing an act of indecent exposure in the presence of any other Participant, Staff Member or Guest Speaker(s).

**Disciplinary Actions**

1. Verbal reprimand
2. Special assignments or removal from classroom
3. Program staff/participant behavioral contract
4. Termination from the Program:
    a. First Offense – Verbal Warning
    b. Second Offense – Formal Write-Up
    c. Third Offense – Staff/Participant conference to determine continued enrollment in the program
5. Permanent withdrawal of Program privileges – includes non-academic activities taking place (i.e. games, recreation, computer lab, visitation, commissary, family reunification, etc.)
6. Immediate notification of authorities if appropriate

**Attendance Policy**

Participants enrolled in the program are strongly encouraged to attend group on a weekly basis until completion of program (date outlined in the program's syllabus). At the end of the program, participants will receive a certificate of completion. When a participant

misses a group, he/she is expected to contact their group facilitator to make-up missed assignment(s).  If a participant misses <u>two</u> <u>unexcused absences</u> (not including legal call, court or medical reasons), he/she will be terminated from program at any time.

**\*\*Note:** The Program Staff is responsible for utilizing difference intervention techniques before a Participant is referred to the Program Director/Administration.

**Participant Name: (Print)** _Victor   Rojas_   **Participant Signature:** _Victor Rojas_

**Staff Member Signature & Credentials:** _____   **Date:** _8/11/201_



# CRIMINAL THINKING
# MS. REYES, MSW, CASE MANAGER
# FACILITATOR
# ESSEX COUNTY CORRECTIONAL
# FACILITY
# SOCIAL SERVICES DEAPARMENT

1

**What is Criminal Thinking?**

An Essex County Correctional Facility approved Cognitive Behavioral Therapy 10-week session group for the incarcerated population which will be essential to assist participants to identify criminal behavior.

**Program Goals:**

- Increase basic principles and practice of the corrective thinking approach to the criminal thinking change process.

- Focus on common thinking errors.

- Focus on how actions have victimized others.

- Address, concentrate and work on personal issues and problems.

**Criminal Thinking Program Topics**

Week 1: The Closed Channel

Week 2: Reflection of Self-Disgust

Week 3: Victim Position

Week 4: I Can't So I Won't

Week 5: The Solitary Confinement of  Responsibility

Week 6: Ownership Attitude

Week 7: Fear Factor

Week 8: Unique and Superior

Week 9: The Power of Control

Week 10: Review of Group Sessions

Week 11: Graduation



# Criminal Thinking - Policies, Rules and Procedures

While enrolled in **Criminal Thinking**, all participants are asked to comply with the already existing rules of the Essex County Department of Corrections, as well as, the Program rules. In order to maintain a safe environment.

1. Be respectful to other participants, our college mentors, teachers and staff members.
2. Follow all the directions the first time they are given.
3. Stay in assigned area.
4. You are only allowed to leave assigned area with an ECCF Officer escort.
5. Keep hand, feet, inappropriate comments and object to yourself.
6. Use respectful language at all time.
7. Bring your class materials/supply and all assigned work to the classroom every day. You will not be allowed to return to your unit for work/books that you forgot.

## Program Discipline Policy

As with any other zero-tolerance policy, there will be consequences for the following types of misconduct:

1. Failure to follow rules, policies and procedure of the **Criminal Thinking**.
2. General misconduct, including loud of boisterous behavior that tends to disturb other participants, and includes running in the classroom, listening to electronic devices, minor defacement of property and pushing or shoving others.
3. A Participant's persistent refusal to follow the instructions of Program Staff, Program Administrators, or any program employee. This shall also include a Participant's refusal or failure to properly identify oneself on request.
4. Use of obscene, vulgar, profane, disrespectful, demeaning or threatening words and/or actions or gesture directed to or in the presence of any Paricipant or Program Employee.
5. Mutual physical confrontations between participant (fighting).
6. Posssesion and/or use of any tobacco or drug related items or "look a like" items – this may include cigarettes, chewing tobacco and other tobacco-related products: lighters, alcoholic substances, drug-consumption devices and any substance suspected of being a "drug".
7. A behavior that may result in physical or mental abuse to one's self.
8. Committing an act of indecent exposure in the presence of any other Participant, Staff Member or Guest Speaker(s).

## Disciplinary Actions

1. Verbal reprimand
2. Special assignments or removal from classroom
3. Program staff/participant behavioral contract
4. Termination from the Program:
    a. First Offense – Verbal Warning
    b. Second Offense – Formal Write-Up
    c. Third Offense – Staff/Participant conference to determine continued enrollment in the program
5. Permanent withdrawal of Program privileges – includes non-academic activities taking place (i.e. games, recreation, computer lab, visitation, commissary, family reunification, etc.)
6. Immediate notification of authorities if appropriate

## Attendance Policy

Participants enrolled in the program are strongly encouraged to attend group on a weekly basis until completion of program (date outlined in the program's syllabus). At the end of the program, participants will receive a certificate of completion. When a participant

misses a group, he/she is expected to contact their group facilitator to make-up missed assignment(s).  If a participant misses <u>two unexcused absences</u> (not including legal call, court or medical reasons), he/she will be terminated from program at any time.

**\*\*Note:** The Program Staff is responsible for utilizing difference intervention techniques before a Participant is referred to the Program Director/Administration.

Participant Name: (Print) _Victor Rojas_   Participant Signature: _Victor Rojas_

Staff Member Signature & Credentials: _Wspikaza, MSW_   Date: _8/16/2021_