ALEXEI SCHACHT
ATTORNEY AT LAW
123 WEST 94TH STREET
NEW YORK, NEW YORK 10025
TEL: (646) 729-8180
FAX: (212) 504-8341
alexei@schachtlaw.net
www.schachtlaw.net

September 18, 2021

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

  Re: United States v. Victor Hugo Rojas Bascope, S7 19 C r. 91-03 (DLC)

Dear Judge Cote:

  With this letter, your Honor, I submit a series of letters from family and friends of my client written on his behalf in support of him at his sentence hearing this week. Please consider them along with the letter I previously filed. Thank you.

              Respectfully submitted,

              */s/ Alexei Schacht*

              Alexei Schacht

cc: United States Attorney (by ECF)