US District Court
09-10-2021
Case Name: Victor Rojas Bascope

Judge Denise Cote

Mister Judge:
 It has been approximately 20 years in which I have shared with the accused Víctor Rojas, father of my 2 daughters (Tatiana and Raiza) whom I have known as a person of valuable principles and impeccable conduct, noble, honest and very loved by all his environment. It is worth emphasizing that he worked from sunrise to sunset so that his family did not lack anything.
It is very painful to see the impact that this fact has had on my daughters. It is hard for me to have to deal with the inexperience of seeing my daughters lack the presence of their father.
Many times we learn from mistakes and we also deserve a second chance, I trust that you, Lord Judge, will have mercy on your decision.
attentively;

Norma Chavez
220 Beechwood Ave
Bogota NJ 07603
917-400-2480

United States District Court

District of NEW YORK

Honorable Judge,

My name is Gloria Bascope and I am 83 years old, I am Víctor Rojas' mother, my sixth son of seven siblings, who has always helped me and has been an exemplary, helpful, hard-working son with good feelings towards his family, friends and neighbors. At school he was a good student, responsible and hard-working and well behaved. He was always helping whoever needed it. He started working at 12 years old selling newspapers and he later became a construction assistant. 30 years ago he traveled to the United States filled with dreams and hoping for a better life.

While he was in the United States, he never neglected me, he always called to tell me that he loved me, he helped to pay a portion of the college and school of two of his nieces. He worked ceaselessly to financially support his house, pay the mortgage and the studies of his two wonderful daughters, the oldest is studying nutrition in college and the youngest is in high school and at the same time she is a student in an art school. Victor sacrificed himself working 15 hours a day in a parking lots where he was promoted to Manager because of his excellent performance.

**VICTOR HAS LIVED THE LAST THREE DECADES IN THE UNITED STATES WORKING, A WHOLE LIFE OF STRUGGLE, EFFORT AND SACRIFICE, TRYING TO BE A GOOD PERSON AND AN EXEMPLARY CITIZEN PAYING HIS TAXES .**

My son had never been in jail; he has no criminal record in Bolivia or the United States. He is now surrendered to God asking for forgiveness for his mistakes.

As his mother, it breaks my heart and soul to see him in this situation, my son has helped many people, and it is not fair that this happens to him after working all his life with a lot of sacrifice.

**JUDGE I BEG YOU ON MY KNEES, TO HAVE MERCY ON MY SON...  HE DOES NOT DESERVE TO BE IMPRISONED, HE DOES NOT DESERVE TO GO THROUGH WHAT HE IS UNDERGOING, HAVE MERCY, AS HIS MOTHER I AM THE ONE WHO SUFFERS THE MOST, THE WHOLE FAMILY IS DEVASTATED, THE PEOPLE WHO KNOW HIM CANNOT BELIEVE THAT MY SON IS IN THIS SITUATION, BECAUSE HE WAS ALWAYS A NOBLE PERSON. I IMPLORE YOU, I ASK YOU TO GIVE HIM A MILD SENTENCE**, his daughters and his entire family need him, I am 83 years old and I am in poor health conditions, I would like to see my son again, please I ask you for mercy... if you give him a mild sentence, I may see him again, otherwise... I will not be able to endure it...

I trust that based on your noble heart and expertise; your decision will be fair.

God bless you.


Sincerely,


Gloria Bascope.

Tribunal de Distrito de los EE. UU.

Distrito de NEW YORK

Honorable Señor Juez,

Mi nombre es Gloria Bascopé y tengo 83 años, soy la madre de Víctor Rojas, mi sexto hijo de siete hermanos, quien siempre me ha ayudado y ha sido un hijo ejemplar, servicial, trabajador y de buenos sentimientos hacia su familia amigos y vecinos. En la escuela fue un buen estudiante, responsable y, trabajador y de buena conducta. Siempre ayudando a quien lo necesitaba. Empezó a trabajar a los 12 años vendiendo periódicos y luego se convirtió en asistente de construcción. Hace 30 años viajó a los Estados Unidos cargado de sueños y con la esperanza de una vida mejor.

Mientras estaba en los EE. UU., nunca se descuidó de mí siempre me llamaba para decirme que me amaba, Ayudó a pagar parte de la universidad y escuela a dos de sus sobrinas. Trabajó incesantemente para mantener su casa, pagar la hipoteca y los estudios de sus dos maravillosas hijas, la mayor estudia nutrición en la universidad y la menor el bachillerato y al mismo tiempo estudiante en una escuela de arte. Víctor se sacrificó trabajando 15 horas diarias al día, en un estacionamiento de carros donde fue ascendido a Gerente por su excelente desempeño.

**VICTOR HA VIVIDO LAS TRES ULTIMAS DÉCADAS EN LOS EE.UU. TRABAJANDO, TODA UNA VIDA DE LUCHA, ESFUERZO Y SACRIFICIO, TRATANDO DE SER UNA BUENA PERSONA Y UN CIUDADANO EJEMPLAR PAGANDO SUS IMPUESTOS.**

Mi hijo nunca estuvo en la cárcel, no tiene antecedentes penales en Bolivia ni en los Estados Unidos. Ahora esta entregado a Dios pidiéndole perdón por sus errores.

Como su madre, me rompe el corazón y el alma verlo en esta situación, mi hijo ha ayudado a mucha gente, y no es justo que le pase esto después de trabajar toda su vida con mucho sacrificio. **SEÑOR JUEZ LE RUEGO, LE IMPLORO DE RODILLAS, QUE TENGA PIEDAD DE MI HIJO... EL NO MERECE ESTAR ENCERRADO EN UNA CARCEL, NO MERECE PASAR POR LO QUE ESTA PASANDO, TENGA PIEDAD, COMO SU MADRE SOY LA QUE MAS SUFRO, TODA LA FAMILIA ESTA DEVASTADA LAS PERSONAS QUE LO CONOCEN, NO PUEDEN CREER QUE MI HIJO ESTE EN ESTA SITUACION, PORQUE SIEMPRE FUE UNA PERSONA NOBLE, LE IMPLORO, LE PIDO QUE LE DE UNA SENTENCIA LEVE**, sus hijas y toda su familia lo necesitamos, tengo 83 años y estoy delicada de salud, quisiera volver a ver a mi hijo, por favor le pido piedad…si le dan una sentencia leve, podré volver a verlo, de lo contrario...no podré resistirlo...

Confío en su noble corazón y experiencia, su decisión será justa.

Dios lo bendiga.

Atentamente,

Gloria Bascopé.

US District Court
08-31-2021
Case Name: Victor Rojas Bascope

Judge Denise Cote

My name is Tatiana Rojas, I write this letter with a heavy heart. I'm writing this letter on behalf of my father, Victor Hugo Rojas. I am a 26-year-old woman, currently a Nutrition student attending Montclair State University. For all my 26 years I can state and confirm my dad has always been there for his family no matter what. The earliest memory I have of my father was when I was a little girl and I misbehaved, because that's what children do, my mom would yell at me and I would cry, but my father would be the shoulder I'd cry on. My dad has his signature dance moves at parties, he barely even drinks alcohol. In my 26 years I have never seen my father, Victor, drunk. He has always been a hard worker, no doubt. My father always made sure there was food on the table. We would wake up every other Sunday with the house smelling of empanadas, those were his specialties. When possible, he would make dinner for us all, grilled salmon or even broiled chicken. He always tended the yard and made sure our dogs were nicely bathed.

Overall, I can say he has been there for us despite how difficult his Monday-Friday's were from working 6am-5pm. I understand we all make mistakes, I'm pretty sure everyone in this town has made mistakes they completely regret making, but we do learn from them. We all have different routes in life and we can conquer any obstacle, but sometimes things don't affect one individual, but a whole family as well. My heart sank when I found out where my father was, I couldn't believe it. This is the man who raised my sister and I. The man who saved people from a burning building at work from taking action. How could this be?

I hope this letter has given you a different insight on my father, Victor Hugo Rojas, and to have some compassion over the final decision. I trust that you, Judge Denise Cote, will have mercy on your decision.

Sincerely,
Tatiana Rojas

U.S. District Court
08-31-21
Case Name: Victor Hugo Rojas Bascope
Judge Denise Cote

Hello, my name is Raiza Victoria Rojas, (resident of 220 Beechwood Avenue in Bogota NJ 07603) and I'm writing this letter to certify that everything I write in this letter is the truth referring to my father, Victor H. Rojas. I have never taken my father to be the type to be involved in illegal activities. Seeing him in this new light has come very unexpected for me, I still lay in shock over this. My father was a man who knew right from wrong when he was involved in my life. He cared and loved his family for most of his life, and even if we weren't there we would always be on his mind. He'd bring us gift whenever he could. He is a loyal and good hearted man. He was a man who wouldn't kill a spider, but trapped it and took it outside. When I heard the news that my father was being held in a jail for illegal activities my world froze. It was hard for me to believe that my own father had been reckless enough to have landed in a jail cell. I am currently 18, 16 when it happened. It was a month after my birthday and I was waiting anxiously to see him. He needed to teach me things in life that I might just have to learn on my own. He helped my mom with the house payments and my sister with her schooling. All of his partake in our household stopped at a halt, and that causes great distress. My mother has always been a hard worker and my sister as well, but now that's the only thing they dedicate their time with. There's no more vacations or enjoyment in this house anymore, it has all turned to work and wealth. Living in this stressed house put me under great pressure for my future.
I hope this letter has given you a different perspective of my father, and to have some empathy for who he was as a person. He has made mistakes to a point of great distress in everyone's life around him. I wish of you to empathize with my father in his situation.

Thank you,
Raiza V. Rojas

United States District Court

District of NEW YORK

**HONORABLE JUDGE,**

My name is Maria Rojas; I am the older sister of Víctor Rojas who is the sixth child of seven siblings. Víctor is one of the most beloved siblings of the whole family, his friends and his community because of his great human quality.

When Victor was a child, he was always obedient and respectful to our parents, a good student at school, and thrifty. From a young age he started working selling newspapers, then he was a construction assistant, and he finished the school happily. In 1991 when he was 22 years old, he decided to travel to the United States to improve his quality of life, from a distance I learned that he entered the University of Brooklyn to study English and that he had formed a beautiful family and was the father of two beautiful daughters, he worked for 8 to 15 hours a day in a parking lots for about 28 years, until he was promoted to Manager, until the year 2018.

**THESE ARE THE MOST RELEVANT FACTS THAT DEMONSTRATE VICTOR'S GREAT SENSITIVITY AND HUMAN QUALITY:**

**1. VICTOR CARED FOR AND HELPED OUR FATHER WHEN HE WAS SICK FROM A STROKE, WHICH CAUSED HIM PARALYSIS OF THE HALF OF HIS BODY.** In 1982, when Victor was 14 years old, my 62-year-old father suffered a stroke that left him paralyzed in the half of his body for more than three years. Of the seven brothers, Victor and I were the only ones who cared for him until his last days.

2. **VICTOR ACCOMPANIED AND TOOK CARE OF ME IN MY COMPLICATED PREGNANCY WHEN I STARTED LABOR.** In 2001 Victor visited Bolivia, at that time I was going through a

difficult pregnancy that caused me a nosebleed, my brother took me to the hospital and took care of me. Due to his support and care, I named my daughter "Victoria", as a tribute to his name.

3. **VICTOR CARED FOR AND HELPED HIS FRIEND SICK WITH CANCER FOR TWO YEARS UNTIL HIS LAST DAYS IN NEW YORK CITY.** Victor had a Puerto Rican friend named Juan Sosa who suffered from cancer. This man's family abandoned him when he got sick and refused to support him, Victor assumed the role that his family should, accompanied him to chemotherapy and helped him to buy his weekly groceries, and when his condition deteriorated further, my brother took him to the hospital where he was hospitalized for two years, and was by his side until his last day of life; Victor's closest family can confirm it.

4. **VICTOR SAVED A COUSIN'S LIFE WHEN SHE HAD A RESPIRATORY ARREST, WHEN THIS COUSIN LIVED IN NEW YORK CITY.** Víctor helped our cousin named Amparo Saldana, who temporarily lived in New York approximately in 2016, and suffered from a lung cancer called mesothelioma, when she had a respiratory arrest she resorted to Víctor, and he was the one who immediately called 911 and accompanied her in the ambulance to the hospital, the doctor told them that if they had taken 10 more minutes, it would have been too late. Amparo's family see Victor as a hero.

These facts show that Victor has a good heart, and was always helping the people he loved, and even those with whom he did not have a direct relationship. I think there are very few people who genuinely care about other human beings

without expecting anything in return and Victor is one of them. I also believe that these unusual types of people deserve a second chance to redeem themselves.

Finding out that Victor is in jail has been a devastating surprise and the only thought that crossed my mind when they told me that, was that he had been tricked or manipulated.

**THEREFORE, HAVING LIVED DURING 20 YEARS IN BOLIVIA AND THIRTY YEARS IN NEW YORK, IT IS EVIDENT THAT VICTOR HAS STRIVEN HIMSELF ALL HIS LIFE FOR SERVING OTHERS, AND HAS DISTINGUISHED FOR BEING A GOOD PERSON, A GOOD EXAMPLE FOR SOCIETY. THERE IS NO HUMAN BEING WHO HAS NOT MADE MISTAKES, AND HE DOES NOT DESERVE TO BE A LONG TIME IN PRISON FOR HAVING MADE A MISTAKE AT HIS 50 YEARS OF AGE, AFTER HAVING DONE GOOD DEEDS DURING ALL HIS LIFE. HONORABLE JUDGE I ASK YOU TO HAVE PIETY AND CLEMENCY WITH VICTOR, THAT HIS PENALTY IS MILD, HE DESERVES AN OPPORTUNITY, OTHERWISE IT WILL CAUSE HIM AND HIS WHOLE FAMILY SUFFERING, OR A VALUABLE HUMAN BEING WILL HAVE BEEN DESTROYED.**

Judge, I trust that, from your noble heart, you shall give him a fair sentence.

But before making the final decision, I beg to your Honor, to ask Victor to approach you so that you can look into his eyes and through them, you can see the window of his noble soul.

**GOD BLESS YOU,**

**SINCERELY:**

**MARIA ROJAS.**

Tribunal de Distrito de los EE. UU.
Distrito de NEW YORK

**HONORABLE SEÑOR JUEZ,**

Mi nombre es María Rojas, hermana mayor de Víctor Rojas quien es el sexto hijo de siete hermanos. Víctor es uno de los hermanos más queridos por toda la familia, sus amistades y su comunidad por su gran calidad humana.

Cuando Víctor era pequeño siempre fue obediente y respetuoso con nuestros padres, buen alumno en la escuela, y ahorrativo, desde pequeño empezó a trabajar vendiendo periódicos, luego fue ayudante de la construcción, terminando felizmente la escuela. El año 1.991 cuando él tenía 22 años, decidió viajar a los EE.UU. para mejorar su calidad de vida, desde la distancia supe que ingreso' a la Universidad de Brooklyn a estudiar inglés y que había formado una hermosa familia y padre de dos hijas hermosas, trabajó por 8 a 15 horas diarias en un estacionamientos de carros por aproximadamente 28 años, hasta lograr ser ascendido como Gerente, hasta el año 2.018.

**ESTOS CASOS SON LOS MAS RELEVANTES QUE DEMUESTRAN LA ALTA SENSIBILIDAD Y CALIDAD HUMANA DE VICTOR:**

**1.VICTOR CUIDÓ Y AYUDÓ A NUESTRO PADRE CUANDO ENFERMO DE UN DERRAME CEREBRAL DEJANDOLÓ PARALITICO DE MEDIO CUERPO**. El año 1.982 cuando Víctor tenía 14 años, mi padre de 62 años sufrió un derrame cerebral que lo dejó paralizado en la mitad del cuerpo durante más de tres años. De los siete hermanos, Víctor y yo, éramos los únicos que lo cuidamos hasta sus últimos días.

**2.VICTOR ME ACOMPAÑÓ Y CUIDÓ DE MI, EN MI EMBARAZO COMPLICADO CUANDO ENTRE EN TRABAJO DE PARTO.** En 2001 Víctor visitó Bolivia, en ese momento mi persona estaba soportando un

embarazo complicado que provocó hemorragia nasal, mi hermano me llevó al hospital y me cuidó. Por sus atenciones y cuidados, nombré a mi hija "Victoria" en homenaje a su nombre.

**3. VICTOR CUIDÓ Y ASISTIÓ A SU AMIGO ENFERMO DE CANCER POR DOS AÑOS HASTA SUS ULTIMOS DIAS EN LA CIUDAD DE NEW YORK**. Víctor tenía un amigo puertorriqueño llamado Juan Sosa que padecía de cáncer. La familia de este hombre lo abandonó al verlo enfermo y se negaron a apoyarlo, Víctor asumió el papel que su familia debería, lo acompañó a la quimioterapia y lo ayudó a comprar sus víveres semanales y cuando su estado se deterioró más, mi hermano lo llevó al hospital donde estuvo internado por dos años, y estuvo a su lado hasta su último día de vida: la familia más cercana de Víctor puede confirmarlo.

**4.VICTOR LE SALVÓ LA VIDA A UNA PRIMA CUANDO LE DIÓ UN ATAQUE RESPIRATORIO, CUANDO ESTA PRIMA RESIDIA EN LA CIUDAD DE NEW YORK**. Víctor ayudó a nuestra prima de nombre Amparo Saldaña, quien residía temporalmente en New York, aproximadamente el año 2.016 y padecía de un cáncer de pulmón llamado mesotelioma, cuando ella tuvo un ataque respiratorio recurrió a Víctor, y fue el quien llamó inmediatamente al 911 y la acompañó en la ambulancia al hospital, el médico les dijo que, si hubieran tardado 10 minutos más, hubiera sido demasiado tarde. La familia de Amparo, ve a Víctor como a un héroe.

Con estos hechos se muestra que Víctor es una persona de buen corazón, que ha estado ayudando incesantemente a las personas que amaba y apreciaba, e incluso con aquellas personas con las que no tenía una conexión directa. Creo que hay muy pocas personas que se preocupan genuinamente por otros seres

humanos sin dar nada a cambio y Víctor es uno de ellos. También creo que este tipo raro de personas merecen una segunda oportunidad para redimirse.

El enterarme que Víctor está en la cárcel ha sido una sorpresa devastadora y el único pensamiento que cruzó por mi mente cuando me lo dijeron, fue que había sido engañado o manipulado.

**POR LO EXPUESTO HABIENDO VIVIDO POR 20 AÑOS EN BOLIVIA Y TREINTA AÑOS EN NEW YORK, SE REFLEJA QUE, VICTOR SE HA ESFORZADO TODA SU VIDA POR SERVIR A LOS DEMAS Y SE HA DESTACADO POR SER UNA BUENA PERSONA, UN BUEN EJEMPLO PARA LA SOCIEDAD, NO EXISTE UN SER HUMANO QUE NO HAYA COMETIDO ERRORES, Y POR HABER COMETIDO UN ERROR A SUS 50 AÑOS, DESPUES DE HABER HECHO EL BIEN TODA SU VIDA, NO MERECE ESTAR MUCHO TIEMPO EN LA CARCEL, HONORABLE SEÑOR JUEZ LE PIDO PIEDAD Y CLEMENCIA PARA VICTOR, QUE SU PENA SEA LEVE, MERECE UNA OPORTUNIDAD, DE LO CONTRARIO CAUSARA SUFRIMIENTO A SU HUMANIDAD Y A TODA LA FAMILIA, O SE HABRA DESTRUIDO A UN SER HUMANO VALIOSO.**

Señor Juez, confío que, desde su noble corazón, dará una sentencia justa.

Pero antes de tomar la decisión final, le ruego a su Señoría, pedirle a Víctor que se acerque a su persona para que pueda mirarlo a los ojos y a través de ellos, pueda ver la ventana de su noble alma.

**QUE DIOS LO BENDIGA,**

**ATENTAMENTE:**

**MARIA ROJAS**.

Lilian Gomez
212 Forest Street
Belleville, NJ 07109
T: 973-356-7425
July 16th 2021

US District Court
Judge Denise Cote

RE: Victor Rojas Bascope, Case Number

Dear Judge Denise Cote,

I am writing on behalf of my dear friend, Victor Rojas, a defendant in one of your upcoming court case. Victor Rojas is a dear friend whom I've known for over twenty years. I was both troubled and shocked to hear about his recent case as he has always been a man of good values, integrity, and kindness. I write this letter of reference with pride for Mr. Victor Rojas regarding this matter. I write this letter with hopes the court will show some leniency.

Victor Rojas has always been a true example of a family man – dedicating majority of his life and time to providing for his two daughters and wife. Since I have known him, he has not allowed his stressful and strenuous employment impact his lifestyle as a man who always wore a smile and offered genuine advice to those who approached him. It is worth pointing out Victor's empathy and understanding of other's situations as he became a role model for my own son who had a childhood without a father.

It is unfortunate that he has made some bad decisions resulting in this situation. I am still surprised by the news but am not surprised that Victor is ready to accept responsibility for his actions. He is a man of good character who has always learned from his previous mistakes.

It is my sincere hope the court takes this letter into consideration at the time of sentencing. Victor Rojas is a valuable individual to society and a good human being.

Sincerely,

*Lilian Gomez*

Lilian Gomez