UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                        :

UNITED STATES OF AMERICA

             - v. -

VICTOR ROJAS BASCOPE,

            Defendant.

             :     CONSENT PRELIMINARY ORDER
                 OF FORFEITURE/
            :     MONEY JUDGMENT

            :     S7 19 Cr. 91 (DLC)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

WHEREAS, on or about February 12, 2019, VICTOR ROJAS BASCOPE (the "Defendant"), was charged in a two-count Sealed Indictment, S7 19 Cr. 91 (DLC) (the "Indictment"), with, *inter alia*, conspiracy to import into the United States and distribute five kilograms and more of cocaine, in violation of Title 21, United States Code, Sections 812, 959(a), 959(d), 960(a)(3), 960(b)(1)(B)(ii) and 963 and Title 18, United States Code, Section 3238 (Count One);

WHEREAS, the Indictment included, *inter alia*, a forfeiture allegation as to Count One of the Indictment, seeking forfeiture to the United States, pursuant to Title 21, United States Code, Section 853, of any and all property constituting or derived from any proceeds obtained directly or indirectly as a result of the offense charged in Count One of the Indictment, and any and all property used, or intended to be used in any manner or part to commit, or to facilitate the commission of the offense charged in Count One of the Indictment that the Defendant personally obtained;

WHEREAS, on or about May 26, 2021, the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all property real or

personal, constituting or derived from any proceeds the Defendant obtained directly or indirectly as a result of the offense charged in Count One of the Indictment, and any and all property used and intended to be used in any manner and part to commit and facilitate the commission of the offense charged in Count One of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $45,000 in United States currency, representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Audrey Strauss, United States Attorney, Assistant United States Attorneys, Sam Adelsberg and Matthew Hellman of counsel, and the Defendant, and his counsel, Alexei Schacht, Esq., that:

1.      As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $45,000 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2.      Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, VICTOR ROJAS BASCOPE, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.      All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4.      The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.      Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.      Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.      The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

8.      The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: _____          9/23/21
       Sam Adelsberg/ Matthew Hellman/David Robles      DATE
       Assistant United States Attorneys
       One St. Andrew's Plaza
       New York, NY 10007
       (212) 637-2494/2278/2550

VICTOR ROJAS BASCOPE

By: _____          9/23/2021
       Victor Rojas Bascope                                           DATE

By: _____          9/23/2021
       Alexei Schacht, Esq.                                           DATE
       Attorney for Defendant
       123 West 94th Street
       New York, New York 10025

SO ORDERED:

_____          September 27, 2021
HONORABLE DENISE L. COTE                      DATE
UNITED STATES DISTRICT JUDGE