```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA             :
                                     :
            -v-                      :      19CR91-3 (DLC)
                                     :
VICTOR ROJAS-BASCOPE,                :         ORDER
                                     :
                  Defendant.         :
                                     :
------------------------------------ X
```

DENISE COTE, District Judge:

On March 15, 2024, defendant Rojas-Bascope filed a motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c) and Amendment 821 of the sentencing Guidelines. The motion was denied on July 23. On August 15, the defendant filed a letter requesting an update as to the status of his motion for a sentence reduction. Accordingly, it is hereby

ORDERED that the Clerk of Court shall mail a copy of the Court's Memorandum Opinion and Order of July 23, 2024, as well as a copy of this Order, to Rojas. The Clerk of Court shall note mailing on the docket.

Dated:   New York, New York
         August 19, 2024

                                      _____
                                              DENISE COTE
                                      United States District Judge