UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :
UNITED STATES OF AMERICA                :        19cr91-3(DLC)
                                        :
              -v-                       :        ORDER
                                        :
VICTOR ROJAS-BASCOPE,                   :
                                        :
                    Defendant.          :
                                        :
--------------------------------------- X

DENISE COTE, District Judge:

The Court is in receipt of the defendant's May 14, 2026 pro se motion to clarify judgment and confirm concurrent sentencing, which was docketed on May 27, 2026. The motion argues that the Bureau of Prisons has failed to recognize a unified commencement date for the defendant's two federal sentences, resulting in an unlawful extension of his custody. The authority to determine when a sentence is deemed to "commence," however, "resides in the Bureau of Prisons, rather than in the sentencing court." United States v. Luna-Reynoso, 258 F.3d 111, 117 (2d Cir. 2001). Accordingly, it is hereby

ORDERED that the defendant's May 27 motion is dismissed. A copy of the defendant's final judgment of conviction is enclosed with this Order, which reflects a sentence of "150 months, to run concurrently with the sentence imposed on his conviction in Florida."

IT IS FURTHER ORDERED that the Clerk of Court shall mail the defendant a copy of this Order and the final judgment of conviction in this case and note mailing on the docket.

Dated:    New York, New York
          June 8, 2026

                                  _____
                                  DENISE COTE
                                  United States District Judge

2